# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK, N.A.,
                Appellant,

vs.

SATICOY BAY LLC SERIES 2314
CROOKED CREEK,
                Respondent.

No. 73893

**FILED**

JUL 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Michael Villani, District Judge
       Smith Larsen & Wixom
       Law Offices of Michael F. Bohn, Ltd.
       Eighth District Court Clerk

18-25852